ESTHER FEIGEN v. RUSO RUSSEK.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ENDICOTT-JOHNSON CORPORATION v. ALEXANDER FOLDESY.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SCHUYLKILL FUEL CORPORATION v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others, Impleaded, etc. (Actions 1, 2 and 4.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSA PONZILLO (Professionally Known as ROSA PONSELLE) v. WILLIAM THORNER. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE FIRST NATIONAL BANK OF EDGEWATER, N. J., v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISABELLE GRUNEWALD v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

C. A. GAMBRILL MANUFACTURING COMPANY v. OLD COLONY TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN FRIED, Assignee, etc., v. TIOGA TANNING COMPANY, a Maryland Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

300 WEST END AVENUE CORPORATION v. HARRY M. WARNER.— Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

COMPANIA MEXICANA REFINADORA ISLAND, S. A., v. COMPANIA METROPOLITANA DE OLEODUCTOS, S. A., and Another.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COMPANIA MEXICANA REFINADORA ISLAND, S. A., v. COMPANIA METROPOLITANA DE OLEODUCTOS, S. A., and Another.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY v. H. ROSENSTEIN, INC.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY S. PUDER v. DAYTON E. SMITH.— Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS GINCIG v. C. P. HUGO SCHOELLKOPF and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK v. MILWAUKEE WESTERN STATE BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SIMON KIRSCH v. HERBERT LUBIN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.